IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC., et al., <br><br> Defendants. | CV 22–72–M–DWM <br><br><br> ORDER |

On April 6, 2022, this case was transferred from the United States District Court for the District of Utah. (*See* Doc. 14.) Accordingly, IT IS ORDERED:

On or before **May 20, 2022,** the parties shall obtain local counsel as required by District of Montana Local Rule 83.1(d). The failure to do so may result in dismissal. Note that to "promot[e] the orderly admission of justice," *In re United States*, 791 F.3d 945, 957 (9th Cir. 2015), no more than two *pro hac vice* attorneys will be admitted to represent any party.

DATED this 6th day of May, 2022.

Donald W. Molloy, District Judge
United States District Court

1