IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| W.H. and Z.H., <br><br> Plaintiffs, <br><br> vs. <br><br> ALLEGIANCE BENEFIT PLAN MANAGEMENT, INC., et al., <br><br> Defendants. | CV 22–72–M–DWM <br><br><br> ORDER |

On April 6, 2022, this case was transferred from the United States District Court for the District of Utah. (*See* Doc. 14.) Subsequently, pursuant to District of Montana Local Rule 83.1(d), the parties were ordered to obtain local counsel by May 20, 2022, and warned that the failure to do so could result in dismissal. (Doc. 17.) Three weeks beyond that deadline, Plaintiffs have not complied with the order to obtain local counsel. Accordingly,

IT IS ORDERED that this matter is dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

DATED this 10th day of June, 2022.

_____
Donald W. Molloy, District Judge
United States District Court